# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 13-1613-SAG |
| ) | |
| Christopher Smith ) | Charging District's Case No. 1:05-CR-0414-01 |
| *Defendant* ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* Middle District of Pennsylvania

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish by clear and convincing evidence my eligibility for release from custody.

I agree to waive my right(s) to:

[X] an identity hearing and production of the judgment, warrant, and warrant application.

[X] a preliminary hearing.

[X] a detention hearing.

[X] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: July 5, 2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joseph L. Evans
_____
*Printed name of defendant's attorney*