**FILED**
HARRISBURG, PA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 15 2013

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TRANSMITTAL LETTER TO:
Clerk, U.S. District Court
for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

DATE: July 11, 2013
U.S.A. vs. Christopher Smith
CASE NO.: 13-1613 SAG
YOUR DOCKET NO.: 1:05-CR-0414-01

_____ FILED  _____ ENTERED
_____ LOGGED _____ RECEIVED

Enclosed herein please find certified copies of the following:

JUL 17 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

(X) Warrant of Arrest (Copy)
( ) Indictment (Copy)
(X) Financial Affidavit
( ) Contribution Order
(X) Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
(X) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(X) Waiver of Rule 32.1 Hearing
( ) Temporary Detention Order
( ) Detention Order by Agreement
( ) Commitment to Another District
(X) Docket Sheet from this District
(X) Other: Minutes

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.

Return to:
Clerk, U.S. District Court
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2675

By: _____
Deputy Clerk